IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 3:06-cv-742-VPM |
| ROANOKE CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. | |

_____

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to FRCP Rule 26(f), a meeting was held on October 24, 2006 between Adam Porter, attorney for plaintiff, and Donald Sweeney, attorney for defendant.

1. **Synopsis of Case.**

Plaintiff claims that defendant subjected her to sexual harassment, in violation of her rights under Title VII to the Civil Rights Act of 1964, 42 U.S.C. 2000e *et seq*.

Defendants deny the allegations of sexual harassment, and plea, as well, the doctrine of governmental immunity.

2. **Pre-discovery Disclosures.**

The parties will exchange the information required by Local Rule 26.1(a)(1) by November 6, 2006.

3. **Discovery Plan.**

The parties jointly propose to the court the following discovery plan:

Without waiver of objections, discovery will be needed on the following subjects: plaintiff's claims and all other allegations in plaintiff's complaint and matters incidental thereto; defendant's

defenses and matters incidental thereto; plaintiff's damages, defenses thereto, and mitigation thereof.

All discovery must be commenced in time to be completed by May 28, 2007.

Maximum of 40 interrogatories, including sub-parts, by each party to any other party.

Maximum of 20 requests for admissions, including sub-parts, by each party to any other party.

Maximum of 40 requests for production of documents, including sub-parts, by each party to any other party.

Maximum of 7 depositions by each party. No deposition shall exceed seven hours, inclusive of breaks except lunch, unless agreed to by the parties or ordered by the Court.

Reports from retained experts, if any, under Rule 26(a)(2) are due:

From plaintiff- by February 26, 2007

From defendant- by March 26, 2007

Supplementation under Rule 26(e) due as soon as is practicable but no later than 30 days prior to the discovery cut-off or five days after new discovery, whichever is later.

4. **Other Items.**

A scheduling conference is not requested prior to entry of a scheduling order.

Plaintiff has until February 26, 2007 to join additional parties and to amend the pleadings.

Defendant has until March 26, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions must be filed and served by June 25, 2007.

Settlement cannot be evaluated until completion of initial discovery.

The parties will determine whether mediation should be entered upon completion of initial discovery.

Final lists of trial evidence under Rule 26(a)(3) are due 30 days before trial.

Parties have 10 days after service of final lists of trial evidence to state objections under Rule 26(a)(3).

The case will be ready for trial 45 days from the date of entry of order on any dispositive motions and is expected to take approximately four days.

> Respectfully submitted,
>
> s/ Adam M. Porter
> Adam M. Porter (asb-2472-p75a)
> Attorney for Plaintiff
> 2301 Morris Avenue, Suite 102
> Birmingham, Alabama 35203
> Phone: (205) 322-8999
> Facsimile: (205) 322-8915
> Email: adamporter@earthlink.net
>
> s/ Donald B. Sweeney, Jr.
> Donald B. Sweeney, Jr. (asb-3803-277d)
> Attorney for Defendant
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2104
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> E-mail: dsweeney@bradleyarant.com