**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

December 21, 2006

# NOTICE OF REASSIGNMENT

Re:   Angela Price v. Roanoke City Board of Education
      Civil Action No. #3:06-cv-00742-MEF

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #3:06-cv-00742-MEF. This new case number should be used on all future correspondence and pleadings in this action.