IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-742-MEF |
| | ) | |
| ROANOKE CITY BOARD OF EDUCATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Amend (Doc. #9) filed on March 26, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before April 6, 2007 as to why the motion should not be granted.

DONE this 27th day of March, 2007.

      /s/ Mark E. Fuller
      CHIEF UNITED STATES DISTRICT JUDGE