IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


ANGELA PRICE,              )
                              )
      Plaintiff,          )
                              )
v.                         )   CIVIL ACTION NUMBER:
                              )   3:06-cv-742-MEF
ROANOKE CITY BOARD OF   )
EDUCATION,            )
                              )
      Defendant.


## DEFENDANT'S RESPONSE TO SHOW CAUSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT


Comes now the Defendant to respond to the Order of this Court dated March 27, 2007 to show cause why Plaintiff's Motion to Amend should not be granted; and in support thereof states:


1.    While Defendant does not agree with the assertions set forth in Plaintiff's Amended Complaint, Defendant does not assert legal grounds while Plaintiff's motion should not be granted.

s/Donald B. Sweeney, Jr.
Donald B. Sweeney, Jr. (SWE002)

OF COUNSEL
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam M. Porter, Esq.
2301 Morris Avenue, Suite 102
Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

Respectfully submitted,

s/ Donald B. Sweeney, Jr.
Donald B. Sweeney, Jr. (asb-3803-277d)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: dsweeney@bradleyarant.com

2