IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-742-MEF |
| ) | |
| ROANOKE CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Amend (Doc. #9) filed on March 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 11th day of April, 2007.

                /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE