IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NUMBER: |
| v. | ) 3:06-cv-742-VPM |
| | ) |
| ROANOKE CITY BOARD OF | ) UNOPPOSED |
| EDUCATION, | ) |
| | ) |
| Defendant. | |

**MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTIONS
AND
EXTEND DEADLINES**

Comes now counsel for Defendant in the above-styled case to move the Honorable Court to extend the time for the parties to file their dispositive motions from August 6, 2007 to August 27, 2007, and to extend all further deadlines three weeks; and in support thereof, states:

Preliminary Statement

The request for a continuance is compelled by the fact that the court reporter delivered ten depositions on July 30, 2007, depositions taken June 21 and

22. Dispositive motions are due August 6, 2007. The delay in getting all depositions necessitates this request. Plaintiff's counsel does not oppose the request.

    1. The deposition of the Plaintiff was taken by Defendant on March 21, 2007.

    2. The Plaintiff took depositions of ten employees of the Defendant Board of Education on June 21 and 22, 2007. These deponents included the Superintendent of the Board; the alleged perpetrator of the alleged sexual harassment; and eight employees that Plaintiff named as witnesses of the alleged sexual harassment.

    3. The transcripts of the depositions were received late in the day July 30, 2007.

    4. Counsel for Defendant has a trial Thursday and Friday, August 2 through 3, 2007.

    5. Defendant requests an extension to and including August 27, 2007 to file dispositive motions.

6.  Because of the delay in receipt of the deposition transcripts of the ten employees, the Defendant will be unable to summarize and incorporate the ten depositions into its statements of facts.

7.  The parties also request that because of the requested extension of three weeks to file dispositive motions that all further deadlines be extended three weeks.

8.  Counsel for Plaintiff has no objection to the requested extensions of time.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to extend the dispositive motion deadline to and including August 27, 2007, and all further deadlines an additional three weeks.

                                                s/Donald B. Sweeney, Jr.
                                                Donald B. Sweeney, Jr. (SWE002)

OF COUNSEL

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

3

## CERTIFICATE OF SERVICE

  I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Adam M. Porter, Esq.
  2301 Morris Avenue, Suite 102
  Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  None

        Respectfully submitted,

        s/ Donald B. Sweeney, Jr.
        Donald B. Sweeney, Jr. (asb-3803-277d)
        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        E-mail: dsweeney@bradleyarant.com