IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-742-MEF |
| | ) |
| ROANOKE CITY BOARD OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of Defendant's Motion for Extension of Time to File Dispositive Motions and Extend Deadlines (Doc. # 15) filed on July 31, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 2nd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE