IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order of summary judgment as to each and every claim Plaintiff asserts in his Complaint against it. In support of this motion, Defendant states that no genuine issue of material fact exists as to any of the Plaintiff's claims and Defendant is entitled to judgment as a matter of law.

This motion will be supported by a brief in support of motion for summary judgment and evidentiary submittals which Defendant will file contemporaneously with this motion.

            s/Donald B. Sweeney, Jr.
            DONALD B. SWEENEY, JR.
            (SWE002)

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

  I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Adam M. Porter, Esq.
  2301 Morris Avenue, Suite 102
  Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  NONE

        Respectfully submitted,

        s/ Donald B. Sweeney, Jr.
        Donald B. Sweeney, Jr. (ASB-3803-W77D)

2