IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Angela Price,

  Plaintiff,

v.                                CASE NO. 3:06-cv-742-MEF

Roanoke City Bd. of Ed.,

  Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Angela Price, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

8/7/2007
Date

(Signature)

Adam M. Porter
(Counsel's Name)

Angela Price
Counsel for (print names of all parties)

2301 Morris Ave., Suite 102
Birmingham, AL 35203
Address, City, State Zip Code

(205) 322-8999
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Adam Porter_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail via CM/ECF System_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _7th_ day of _August_ 20_07_, to:

Donald Sweeney, Esq. Bradley Arant Rose & White LLP One Federal Place 1819 Fifth Avenue North Birmingham, AL 35203-2119

8/7/07
Date

_[signature]_
Signature