IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANGELA PRICE, )
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-742-MEF
)
ROANOKE CITY BOARD OF EDUCATION, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ROANOKE CITY BOARD, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                 _____
_____                 _____
_____                 _____

_____                 _Donald B. Sweeney_ (Signature)
Date                                 
                                     Donald B. Sweeney, Jr.
                                     (Counsel's Name)
                                     Roanoke City Board of Education
                                     Counsel for (print names of all parties)
                                     One Federal Place, 1819 Fifth Avenue North
                                     Birmingham, AL 35203
                                     Address, City, State Zip Code
                                     205-521-8000
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Donald B. Sweeney, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail via CM/ECF System_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _7th_____ day of _August_____ 20_07_, to:

Adam M. Porter, 2301 Morris Avenue, Suite 102, Birmingham, AL  35203

8/7/2007
Date

Signature