IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. | |

_____

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Scheduling Order, the undersigned and counsel for defendant met face to face on August 8, 2007 and engaged in a good faith settlement discussion. No settlement was reached and the parties do not believe that mediation would assist in resolving the case.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Voice- (205) 322-8999
Facsimile- (205) 322-8915

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Donald B. Sweeney, Jr., Esq Bradley Arant Rose & White LLP One Federal Place 1819 Fifth Avenue North Birmingham, AL 35203-2104 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff