IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-742-MEF |
| ) | |
| ROANOKE CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct (Doc. #27) filed on August 27, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before September 7, 2007 as to why the motion should not be granted.

DONE this the 31st day of August, 2007.

                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE