IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. | |

## DEFENDANT'S RESPONSE TO SHOW CAUSE TO PLAINTIFF'S MOTION TO AMEND/CORRECT BRIEF

Comes now the Defendant to respond to the Order of this Court dated August 31, 2007 to show cause why Plaintiff's Motion to Amend/Correct Brief should not be granted; and in support thereof states:

1. Defendant does not know of legal grounds why Plaintiff's motion should not be granted.

                                                                                                               s/Donald B. Sweeney, Jr.
                                                                                                               Donald B. Sweeney, Jr. (SWE002)

<u>OF COUNSEL</u>
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Adam M. Porter, Esq.
  2301 Morris Avenue, Suite 102
  Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  None

        Respectfully submitted,

        s/ Donald B. Sweeney, Jr.
        Donald B. Sweeney, Jr. (asb-3803-277d)
        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800
        E-mail: dsweeney@bradleyarant.com