IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANGELA PRICE,                    )
                                 )
        Plaintiff,               )
v.                               )        CASE NO. 3:06-cv-742-MEF
                                 )
ROANOKE CITY BOARD OF            )
EDUCATION,                       )
                                 )
        Defendant.               )

# **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct (Doc. #27) filed on

August 27, 2007 and the response of the defendant thereto, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of September, 2007.

                        _____
                            /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE