IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. | |

_____

### PLAINTIFF'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Plaintiff moves the Court to continue the pre-trial conference set in this case on the following grounds:

1. The conference is set for November 2.

2. The parties are to have the proposed Pre-trial Order to the Court by October 30.

3. Plaintiff's counsel's wife is having a baby this afternoon.

4. Plaintiff's counsel has sent a draft of the Order to defense counsel, but it is unlikely plaintiff's counsel will be able to further participate in developing the proposed Order in time to have it to the Court on October 30.

                                                  Respectfully submitted,
                                                  s/ Adam M. Porter
                                                  Adam M. Porter
                                                  Attorney for Plaintiff
                                                  2301 Morris Avenue, Suite 102
                                                  Birmingham, Alabama 35203
                                                  (205) 322-8999

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will electronically provide a copy of the foregoing to Donald B. Sweeney, Jr., Esq Bradley Arant Rose & White LLP One Federal Place 1819 Fifth Avenue North Birmingham, AL 35203-2104 and that there are no non-CM/ECF participants in this case to whom hard copies should be mailed.

      /s Adam M. Porter
      Counsel for Plaintiff