IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-742-MEF |
| | ) |
| ROANOKE CITY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This cause is before the Court on Plaintiff's Motion to Continue Pre-Trial Conference (Doc. # 33). Based on the representations made by counsel for the Plaintiff, it is hereby ORDERED that:

(1) Plaintiff's Motion to Continue (Doc. # 33) is GRANTED IN PART AND DENIED IN PART. Specifically, it is the order of this Court that:

(a) Plaintiff is relieved of the obligation to file the proposed Pretrial Order. Instead, the Defendant is ORDERED to file a proposed Pretrial Order by October 31, 2007. The parties will be able to discuss any concerns with the proposed Pretrial Order at the Pretrial Conference on November 2, 2007.

(b) The request to continue the Pretrial Conference is DENIED with leave to refile. The Pretrial Conference will still be scheduled for November 2, 2007. If any further complications arise for Plaintiff's counsel, he may file a Renewed Motion to Continue, which this Court will consider.

DONE this 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE