IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. | |

**DEFENDANT'S WITNESS AND EXHIBIT LIST**

Comes now Defendant, by and through the undersigned counsel of record, and hereby submits its trial list of exhibits and potential witnesses, in accordance with the Court's Scheduling Order:

<u>Witnesses</u>

Defendant may call some or all of the following persons to testify as witnesses[1] at the trial of this case:

1.   Angela Price

2.   Chuck Marcum

---

[1] Note: All witnesses are employees of the Defendant Roanoke City Board of Education.

3.	Greg Foster

4.	Robbie Benefield

5.	Rosemarie Marshall

6.	Jerrell Cottle

7.	Chris Martin

8.	Kristine Clarke

9.	Theresa Hunter

10.	Delia Harmon

11.	Marilyn Pollard

12.	Sherry Yarbrough

13.	<u>Witnesses Listed by Plaintiff</u>:  All witnesses listed by Plaintiff in Plaintiff's Witness and Exhibit List, which are incorporated by reference as if fully set forth herein.

14.	Any rebuttal witnesses necessary.

15.	Any individuals listed in the Plaintiff's or Defendant's initial disclosures or responses to interrogatories.

16.	Any individual who has been deposed or subpoenaed for trial by any party in this case.

17.	Any individual listed or called by the Plaintiff.

18. Any witnesses added by amendment hereto as allowed by the Court.

<u>Exhibits</u>

The following is a description of documentary evidence which Defendant intends to utilize at the trial of this case:

1. Excerpts from deposition of Angela Price: 11-12; 14-17; 20-29; 30-34; 36-39; 41-47; 49; 50-53; 59; 60-66; 71-73; 95-96; 98-99; 102-104; 106-115; 119-124; 127; 129; 130-131.

2. Excerpts from deposition of Chuck Marcum: 12-15; 18; 66; 48; 56; 58; 69; 70; 76; 84-85; 87; 92; 94; 98.

3. Excerpts from deposition of Greg Foster: 6-8; 10-11.

4. Excerpts from deposition of Robbie Benefield: 6-9.

5. Excerpts from deposition of Rosemarie Marshall: 7-9; 15; 18; 20.

6. Affidavit of Jerrell Cottle

7. EEOC Charge of Discrimination

8. Excerpts from deposition of Jerrell Cottle: 10-14; 25.

9. Roanoke City Board of Education's Sexual Harassment Policies

10. Affidavit of Greg Foster

11. Affidavit of Rosemarie Marshall

12. Affidavit of Robbie Benefield

13. Affidavit of Chuck Marcum

14. Affidavit of Chris Martin

15. Excerpts from deposition of Kristine Clarke: 9-10; 13-14.

16. Excerpts from deposition of Theresa Hunter: 7; 10; 17; 24.

17. Excerpts from deposition of Delia Harmon: 7; 9.

18. Excerpts from deposition of Marilyn Pollard: 7; 10; 12.

19. Excerpts from deposition of Sherry Yarbrough: 8-10; 12-14.

20. All documents listed by Plaintiff which are incorporated by reference as if fully set forth herein, subject to the right of Defendant to object to the admissibility of such documents.

21. Any document produced by Plaintiff in discovery.

22. Any document produced by Defendant in discovery.

23. Any document listed by Plaintiff as an exhibit.

24. Any document required to rebut evidence offered at trial.

25. Any document, not otherwise specifically identified herein, that has been made an exhibit to any deposition taken in this litigation.

26. Plaintiff's and Defendant's responses to interrogatories, request for production of documents, and requests for admission.

    s/Donald B. Sweeney, Jr.
    DONALD B. SWEENEY, JR.
    (SWE002)

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Adam M. Porter, Esq.
> 2301 Morris Avenue, Suite 102
> Birmingham, AL  35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> NONE

                                          Respectfully submitted,

                                          s/ Donald B. Sweeney, Jr.
                                          Donald B. Sweeney, Jr.
                                          (ASB-3803-W77D)