IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Civil Action No. |
| vs.           ) | |
| ) | 3:06-cv-742-MEF |
| ROANOKE CITY BOARD OF EDUCATION,   ) | |
| | |
| Defendant. | |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Plaintiff submits the following witness and exhibit list for trial pursuant to the Court's Scheduling Order and FRCP Rule 26(a)(3).

### I. WITNESSES

Plaintiff anticipates calling the following witnesses at trial, denominated as primary (will call) and secondary (may call). Asterisks (*) denote witnesses who may testify by deposition if unavailable to testify live pursuant to the Federal Rules of Civil Procedure. Plaintiff reserves the right to call witnesses not listed herein for impeachment or rebuttal purposes.

<u>Primary</u>

Plaintiff

Jerrell Cottle*

Theresa Hunter*

Rosemarie Marshall*

Marylin Pollard*

Sherry Yarbrough*

<u>Secondary</u>

Robbie Benefield*

Kristine Clark*

Greg Foster*

Delia Harmon*

Harriet Jones

Chuck Marcum*

Donna Stephens

Any witness listed by defendant and not objected to by plaintiff

## II. **EXHIBITS**

Plaintiff anticipates admitting the following exhibits at trial, denominated as primary (expect to introduce) and secondary (may introduce.)  Plaintiff reserves the right to introduce exhibits not listed herein for impeachment or rebuttal purposes.

<u>Primary</u>

Defendant's applicable sexual harassment policy re: employees- Board Policy G.5 (Defendant Bates pages 22 and 23)

<u>Secondary</u>

Marcum's hand-written employee interview notes (Ex. 3 to Marcum Depo.)

Marcum's typed employee interview notes (Ex. 4 to Marcum Depo.)

Marcum's email to plaintiff, et al. (Ex. 10 to Marcum Depo.)

Plaintiff's EEOC Charge

Plaintiff's audio recordings of Cottle's comments

Any document listed by defendant and not objected to by plaintiff

_____
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Voice- (205) 322-8999
Facsimile- (205) 322-8915

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Donald B. Sweeney, Jr., Esq Bradley Arant Rose & White LLP One Federal Place 1819 Fifth Avenue North Birmingham, AL 35203-2104 via email and First Class U.S. Mail on October 31, 2007.

_____
Attorney for Plaintiff