IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA PRICE, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-742-MEF |
| | ) |
| ROANOKE CITY BOARD OF EDUCATION, | ) |
| | ) |
|    Defendant. | ) |

**<u>ORDER</u>**

It is hereby ORDERED that on or before **March 26, 2008**, Plaintiff shall file either a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41, or a statement explaining why they are unable to do so.

DONE this 12th day of March, 2008.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE