IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:06-cv-742-MEF |
| | ) | |
| ROANOKE CITY BOARD OF EDUCATION, | ) | |
| | | |
| Defendant. | | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(ii), the parties jointly stipulate to dismissal of this action with prejudice, the parties to bear their own costs and fees.

Respectfully submitted,

Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Phone: (205) 322-8999
Facsimile: (205) 322-8915

Donald B. Sweeney, Jr., Esq.
Attorney for Defendant
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104